USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL A. QUINTERO GOMEZ, *Individually and on behalf of all others similarly situated,*

Plaintiff,

v.

UNILIFE CORPORATION, ALAN SHORTALL, JOHN RYAN, R. RICHARD WIELAND II, DENNIS P. PYERS, DAVID C. HASTINGS and JIM BOSNJAK,

Defendants.

No. 16-CV-3986 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Pursuant to the final judgment approving the class settlement in this case, *see* 16-CV-03976, Dkt. 66, this case is hereby closed.

SO ORDERED.

Dated: April 16, 2019
New York, New York

Ronnie Abrams
United States District Judge